**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

RECEIVED
USDC, CLERK, CHARLESTON, SC

UNITED STATES DISTRICT COURT 2012 NOV 27 A 9:11

FOR THE

District of South Carolina

UNITED STATES OF AMERICA

v.

Leon Weeks

Crim. No. 4:00CR00740-01

On  01/16/2002  the above named was placed on probation/supervised release for a period of  5  years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

_Steven Floyd_
U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this  26th  day of  Nov.  2012.

_C. Weston Houck_
United States District Judge